

**Purofirst Disaster Services**

1620 Eastpoint Parkway
Louisville, KY 40223
Tel: (502) 244-1510
Fax: (502) 244-1615
FEI#61-1117373

KING,SUSAN,EMS2

Area Items: KING,SUSAN,EMS2

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Service run charge | 1.00 EA@ | 87.00= | 87.00 |

Room: Kitchen                                                                 LxWxH 11'0" x 8'0" x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Remove Vinyl floor covering (sheet goods) | 88.00 SF@ | 0.45= | 39.60 |
| Apply mildewcide solution | 88.00 SF@ | 0.14= | 12.32 |
| Drying fan (per day) | 3.00 DA@ | 26.00= | 78.00 |
| Drying fan (per day) | 3.00 DA@ | 26.00= | 78.00 |
| Dehumidifier unit - Large capacity (per day) | 3.00 DA@ | 74.97= | 224.91 |
| Remove wet drywall - includes cleanup of residue | 88.00 SF@ | 0.25= | 22.00 |
| Cartage and debris removal | 1.00 EA@ | 68.05= | 68.05 |

Room: Dining Room                                                              LxWxH 12'0" x 10'0" x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Remove Vinyl floor covering (sheet goods) | 120.00 SF@ | 0.45= | 54.00 |
| Apply mildewcide solution | 120.00 SF@ | 0.14= | 16.80 |
| Drying fan (per day) | 3.00 DA@ | 26.00= | 78.00 |
| Drying fan (per day) | 3.00 DA@ | 26.00= | 78.00 |
| Remove wet drywall - includes cleanup of residue | 120.00 SF@ | 0.25= | 30.00 |
| Cartage and debris removal | 1.00 EA@ | 68.05= | 68.05 |

Room: Hallway                                                                  LxWxH 8'0" x 3'0" x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Remove wet non salvageable carpet, cut and bag for disposal | 24.00 SF@ | 0.26= | 6.24 |
| Remove Tear out wet carpet pad and bag for disposal | 24.00 SF@ | 0.19= | 4.56 |
| Apply mildewcide solution | 24.00 SF@ | 0.14= | 3.36 |
| Drying fan (per day) | 3.00 DA@ | 26.00= | 78.00 |

KING,SUSAN,EMS2                                                        07/23/2003   Page: 2

000244


EXHIBIT 22



**Purofirst Disaster Services**

1620 Eastpoint Parkway
Louisville, KY 40223
Tel: (502) 244-1510
Fax: (502) 244-1615
FEI#61-1117373

Room: Laundry Room                    LxWxH 12'0" x 4'0" x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Remove Vinyl floor covering (sheet goods) | 48.00 SF@ | 0.45= | 21.60 |
| Apply mildewcide solution | 48.00 SF@ | 0.14= | 6.72 |
| Drying fan (per day) | 3.00 DA@ | 26.00= | 78.00 |

Room: BATH                            LxWxH 8'0" x 6'0" x 8'0"

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Remove wet non salvageable carpet, cut and bag for disposa | 48.00 SF@ | 0.26= | 12.48 |
| Remove Tear out wet carpet pad and bag for disposal | 48.00 SF@ | 0.19= | 9.12 |
| Apply mildewcide solution | 48.00 SF@ | 0.14= | 6.72 |
| Drying fan (per day) | 3.00 DA@ | 26.00= | 78.00 |
| Dehumidifier unit - Large capacity (per day) | 3.00 DA@ | 74.97= | 224.91 |

Room: Pack-out

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Packing, Boxing, and Moving labor charge - per hour | 24.00 HR@ | 26.81= | 643.44 |
| Provide box, packing paper and tape (standard size) | 45.00 EA@ | 6.34= | 285.30 |
| Moving van (24' - 27') and equipment - per day | 7.00 DA@ | 154.44= | 1,081.08 |

KING,SUSAN,EMS2                                07/23/2003  Page: 3

000245



**Purofirst Disaster Services**
1620 Eastpoint Parkway
Louisville, KY 40223
Tel: (502) 244-1510
Fax: (502) 244-1615
FEI(#6)-1117373

Room: Pack-back

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Moving labor charge - per hour | 24.00 HR@ | 26.81= | 643.44 |

### Grand Total Areas:

| | | |
|---|---|---|
| 1,312.00 SF Walls | 328.00 SF Ceiling | 1,640.00 SF Walls & Ceiling |
| 328.00 SF Floor | 36.44 SY Flooring | 164.00 LF Floor Perimeter |
| 408.00 SF Long Wall | 248.00 SF Short Wall | 164.00 LF Ceil. Perimeter |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 0.00 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | 0.00 Area of Face 1 |

KING,SUSAN,EMS2



**Purofirst Disaster Services**
1620 Eastpoint Parkway
Louisville, KY 40223
Tel: (502) 244-1510
Fax: (502) 244-1615
FEI#61-1117373

| Summary for WATER | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 4,117.70 |
| Material Sales Tax | @ | 6.000% | 20.06 | 1.20 |
| Subtotal | | | | 4,118.90 |
| Grand Total | | | | 4,118.90 |

ING,SUSAN,EMS2

07/23/2003 Page: 5

000247