**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:15-CV-762-CHB-CHL**

**SUSAN JEAN KING,**                                                                                       **Plaintiff,**

**v.**

**TODD HARWOOD,**                                                                                       **Defendant.**

## SETTLEMENT CONFERENCE REPORT & ORDER

On July 31, 2020, the undersigned conducted a settlement conference in the above matter

with the following appearances:

| | |
|---|---|
| FOR PLAINTIFF: | Susan King; Thomas E. Clay, counsel; David N. Ward, counsel; Andrew T. Lay, counsel |
| FOR DEFENDANT: | Todd Harwood; Robyn Bender; Shawna Kincer; Stephen G. Amato, counsel; Jason S. Morgan, counsel; Jason S. Hollon, counsel |

Settlement negotiations were conducted in good faith, and the Parties reached an agreement

for the resolution of all claims.

Therefore, the undersigned Magistrate Judge recommends that this action be dismissed as

settled and with leave to reinstate within ninety days after entry of the order of dismissal if the

Parties fail to fulfill the terms of the settlement agreement within that time.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record
August 4, 2020
:7.0